POLK MUSICAL SUPPLY CO. *v.* UNITED STATES

No. 5542.—Invoices dated Osaka, Japan, March 29, 1938, and November 22, 1938. Entered at Atlanta, Ga., May 12, 1938, and January 16, 1939. Entry Nos. 192A and 91A.

(Decided January 5, 1942)

*Ben H. Berry* for the plaintiff.

*Paul P. Rao,* Assistant Attorney General (*Daniel G. McGrath,* special attorney), for the defendant.

WALKER, Judge: When these appeals to reappraisement, filed by the importer under the provisions of section 501 of the Tariff Act of 1930, were called for trial at the port of Atlanta, counsel for the plaintiff stated that although they had been filed in good faith diligent

effort had failed to produce satisfactory or admissible evidence which might be used in the trial of the cases, and he therefore asked that they be dismissed.

Judgment will therefore issue accordingly.